# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DEANGELO GALES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-65 |
| | * | |
| v. | * | |
| | * | |
| COMMISSIONER HOMER BRYSON; | * | |
| GREGORY C. DOZIER; WARDEN TOM | * | |
| GRAMIAK; and DERRICK MCKINNEY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 11, 2016, Report and Recommendation, dkt. no. 14, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** all monetary damages claims against Defendants in their official capacities and all claims for punitive and compensatory damages. Additionally, the Court **DENIES** Plaintiff's request for preliminary injunctive relief.

Plaintiff's claims for nominal damages and injunctive relief will proceed in the manner recommended by the Magistrate Judge.

**SO ORDERED**, this 3 day of February, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA