
FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:52 pm, Mar 07, 2017

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DEANGELO GALES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-65 |
| | * | |
| v. | * | |
| | * | |
| COMMISSIONER HOMER BRYSON; | * | |
| GREGORY C. DOZIER; WARDEN TOM | * | |
| GRAMIAK; DERRICK MCKINNEY; | * | |
| WILLIAM STEEDLY; KIMBERLY LOWE; | * | |
| and NATHAN BROOKS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 3, 2017, Report and Recommendation, dkt. no. 52, to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS IN PART AND DENIES IN PART** Defendants' Partial Motion to Dismiss, dkt. no. 34. Specifically, the Court **DISMISSES** Plaintiff's claims for monetary relief against Defendants in their official capacities and Plaintiff's claims for compensatory damages, punitive damages, and attorney's fees. In addition, the Court **DISMISSES** Plaintiff's First Amendment

claims as to all Defendants. However, the Court **DENIES** the portion of Defendants' Motion to Dismiss that seeks to dismiss Plaintiff's claims against Defendants Bryson and Dozier. Finally, the Court **DISMISSES** Plaintiff's claims for injunctive relief against Defendant Bryson.

**SO ORDERED**, this 7 day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2