AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DEANGELO GALES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 5:15-cv-65

COMMISSIONER HOMER BRYSON, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated December 1, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation and granting Defendants' motion for summary judgment, judgment is hereby entered dismissing Plaintiff's complaint and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

December 17, 2020
_____
Date

John E. Triplett, Acting Clerk
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03